# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JOHN WESLEY RAUCH,

    Plaintiff,

v.                                                                     No. 13-cv-1232 MCA/SMV

EDDY COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**
    __  filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)  __  is not filed
(2)  __  is missing affidavit
(3)  X  is missing certified copy of prisoner's inmate account statement for the 6- month period immediately preceding this filing
(4)  __  is missing required financial information
(5)  __  is missing an original signature by the prisoner
(6)  __  is not on proper form (must use current form)
(7)  __  names in caption do not match names in caption of complaint, petition or habeas application
(8)  __  other: _____

**III. Complaint, Petition or Application:**
(1)  __  is missing
(2)  __  is not on proper form (must use our form Rev. 5/96)
(3)  __  is missing an original signature by the prisoner
(4)  __  is missing page nos. ___
(5)  __  other: _____

Papers filed in response to this order must include the civil action number (13-cv-1232 MCA/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**