IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN WESLEY RAUCH,

    Plaintiff,

v.                                                                                                       No. 13-cv-1232 MCA/SMV

EDDY COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

## ORDER

    This matter is before the Court sua sponte. By order entered on April 29, 2014, the Court directed Plaintiff to make an initial partial filing fee payment. Plaintiff has not made the payment but instead filed a "Letter of Payment" requesting additional time. He subsequently filed two motions and a "Letter of Clarification." Plaintiff will be allowed additional time to make the initial payment. Failure to comply with this Order may result in dismissal of the complaint without further notice.

    **IT IS THEREFORE ORDERED** that, **within fourteen days** from entry of this Order, Plaintiff make the $3.00 payment that the Court previously ordered.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**